Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUN 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE P. OTTINGER, III<br><br>Plaintiff,<br><br>v.<br><br>JAMIE VAN ROSSEN, et al.,<br><br>Defendants. | Case No. CV 06-2691 PSG(JC)<br><br>(~~PROPOSED~~)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Defendants' Motion to Dismiss is granted; and (2) this action is dismissed without prejudice.

DATED: 6/26/08

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE